IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOUIS JOSEPH, III,

   Plaintiff,

     v.

NANCY BERRYHILL
Acting Commissioner of Social
Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2869-TWT

**ORDER**

This is an action seeking judicial review of a decision by the Commissioner denying an application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending denying the Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 2] is DENIED.

SO ORDERED, this 23 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Joseph\17cv2869\r&r.wpd